# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BEVERLY KOEHNEN, | Case No. 23-CV-318 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| CITY OF SHAKOPEE, SCOTT COUNTY, and PIONEER ENGINEERING, | |
| Defendants. | |

The Court has received the May 17, 2023 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 5 ("R&R").) The R&R recommends that Plaintiff Beverly Koehnen's action be dismissed without prejudice for lack of jurisdiction and that her *in forma pauperis* application be denied as moot. (*Id.* at 3.) Koehnen filed a "reply[]" to the R&R that does not object to the R&R's conclusions. (ECF No. 6.) Nonetheless, to view with leniency, the Court takes the reply as an objection and reviews *de novo*. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The R&R found that Koehnen's complaint provides no substantive allegations, and declined to review her various exhibits for allegations or claims supporting her action. (R&R at 1–2 & n.2.) It concluded that the Court lacks subject-matter jurisdiction to adjudicate this action because although the complaint asserts that federal question jurisdiction exists here, it fails to identify any federal law at issue. (*Id.* at 2; *see* ECF No. 1

at 3; ECF No. 1-3.) In her reply to the R&R, Koehnen briefly describes disputes with her current and former neighbors about the location of a property line but does not identify a basis for this Court's jurisdiction over those disputes. (*See* ECF No. 6 at 2.) The Court agrees with the R&R that it lacks subject-matter jurisdiction over this action. *See* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

Based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED;

2. This action is DISMISSED WITHOUT PREJUDICE under Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of jurisdiction; and

3. Beverly Koehnen's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 12, 2023                         BY THE COURT:

                                             s/Nancy E. Brasel
                                             Nancy E. Brasel
                                             United States District Judge